160 So. 120

## Casper HEMBY v. STATE.
### 4 Div. 799.

Supreme Court of Alabama.

Feb. 28, 1935.

E. C. Boswell, of Geneva, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

THOMAS, Justice.

Petition of Casper Hemby for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hemby v. State, 26 Ala. App. 273, 160 So. 119.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.